No. 71–412. Catalano v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–385. Printing Specialties & Paper Products Union No. 447, International Printing Pressmen & Assistants' Union of North America, AFL–CIO v. Pride Papers-Aaronson Bros. Paper Corp. et al. C. A. 2d Cir. Certiorari denied.

No. 71–438. Fields v. Association of the Bar of the City of New York. Ct. App. N. Y. Certiorari denied.

No. 71–447. Allegheny Airlines, Inc. v. LeMay, Administrator. C. A. 7th Cir. Certiorari denied.

No. 71–451. Mace v. United States. C. A. 4th Cir. Certiorari denied.

No. 71–5001. Prewitt v. Eyman, Warden. C. A. 9th Cir. Certiorari denied.

No. 71–5081. Carter v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 71–5104. Ramos v. New York. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 71–5115. Wroth v. Guerrero et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–5126. Alexander v. Oregon. Ct. App. Ore. Certiorari denied.

No. 71–5164. Freeman v. Page, Warden. C. A. 10th Cir. Certiorari denied.